GRANT et al. v. GREENE et al. (Supreme Court, Appellate Division, First Department.

October 13, 1911.) Action by James A. Grant and others against William C. Greene and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 59 Misc. Rep. 1, 111 N. Y. Supp. 1089.